IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE: JOAN CATHY GENTRY

DEBTOR

CHAPTER 13
CASE NUMBER: 11-04089-8-RDD

MOTION FOR PROPOSED ABANDONMENT OF PROPERTY

TO: ALL CREDITORS

In accordance with Rule 6007 of the Bankruptcy Rules, notice is hereby given of the proposed abandonment of the following described property. An objection may be filed and served by a party in interest within 15 days of the mailing of the notice.

It appears that all of the following property, in which the estate has an interest is either encumbered by liens in excess of its fair market value or is of such small value that the likely sale price would not be sufficient to defray the expense of appraisal and sale, or is otherwise of no economic value to creditors.

| CREDITOR | AMOUNT OWED | FMV | COLLATERAL |
|---|---|---|---|
| Drive Time<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | $15,038.03 | $10,500.00 | 2006 Chevrolet Impala |
| Christopher White, Attorney<br>PO Box 31428<br>Raleigh, NC 27622 | | | NOTICE ONLY |

Objections to the abandonment, if any, should be filed with the Court within fifteen (15) days of the mailing of this notice, which has been sent to the debtor and all creditors.

WHEREFORE, the party in interest prays for an order approving the abandonment as burdensome and of no economic value to the estate.

DATED: 7-13-11

Joan Cathy Gentry

NO OBJECTION:

Robert R. Browning
P.O. Box 6248
Greenville, NC 27834

Frank Allen
Attorney for Debtor(s)
N.C. State Bar No. 6480
PO Box 1258
Tarboro, NC 27886-1258
(252) 641-1800
(252) 641-4075 Fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF:

JOAN CATHY GENTRY

DEBTOR

CHAPTER 13
CASE NUMBER 11-04089-8-RDD

NOTICE OF MOTION
AND
CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN of the Motion For Proposed Abandonment of Property filed simultaneously herewith by Herbert Frank Allen in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this motion may be allowed provided no response and request for a hearing is made by the Debtor, trustee or other parties in interest in writing to the Clerk of this Court within 14 days from the date of this notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the debtor(s), trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the motion and response thereto ex parte without further notice.

This the 13 day of July, 2011.

H. FRANK ALLEN, ATTORNEY AT LAW

H. Frank Allen
N.C. State Bar No: 6480
H. Frank Allen Attorney at Law
PO Box 1258
Tarboro, N.C. 27886-1258
(252) 641-1800
(252) 641-4075 fax #

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF:

JOAN CATHY GENTRY                                CHAPTER 13
                                                 CASE NUMBER 11-04089-8-RDD
         DEBTOR

CERTIFICATION OF SERVICE

I, H. Frank Allen, Attorney at Law, 118 E. St. James Street, PO Box 1258, Tarboro, NC 27886-1258 certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 13 day of July, 2011, I served copies of the foregoing motion and notice of motion on the below indicated person(s) along with creditors on attached mailing matrix at the respective addresses.

Joan Cathy Gentry
PO Box 4937
Rocky Mount, NC  27803

Robert R. Browning
Chapter 13 Trustee
P.O. Box 8248
Greenville, NC 27834

Drive Time
Attn: Officer or Managing Agent
PO Box 29018
Phoenix, AZ 85038-9018

Christopher White, Attorney                      NOTICE ONLY
Attn: Officer or Managing Agent
PO Box 31428
Raleigh, NC 27622

by depositing a copy thereof, postage prepaid, in the United States Mail addressed to the above listed persons.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  7-13-11
             Date                                H. Frank Allen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-8<br>Case 11-04089-8-RDD<br>Eastern District of North Carolina<br>Wilson<br>Wed Jul 6 16:19:00 EDT 2011 | U. S. Bankruptcy Court<br>1760 A Parkwood Blvd.<br>Wilson, NC 27893-3588 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Chase Home Finance<br>PO Box 830016<br>Baltimore, MD 21283-0016 | DT CREDIT CO LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Dish Network<br>c/o AFNI<br>404 Brock Drive<br>Bloomington, IL 61701-2654 |
| District of Columbia Govt<br>c/o PAM<br>PO Box 391<br>Milwaukee, WI 53201-0391 | Drivetime Financial<br>7300 E Hampton Ave S101<br>Mesa, AZ 85209-3324 | HSBC/Orchard<br>c/o Granite Asset Mgmt<br>15 S. Main St S700<br>Greenville, SC 29601-2743 |
| Heritage Hospital<br>PO Box 8307<br>Greenville, NC 27835-8307 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Khristian Dennis Coles<br>3350 Beason Acre Dairy Road<br>Winston Salem, NC 27105 |
| NC Dept of Revenue<br>OSD Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Purvis Foot & Ankle<br>c/o Online Collections<br>PO Box 1489<br>Winterville, NC 28590-1489 | Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791-3416 |
| Santander Consumer USA<br>Attn BK Dept.<br>PO Box 560284<br>Dallas, TX 75356-0284 | Southern Loans<br>407 Sunset Ave<br>Rocky Mount, NC 27804-5614 | Sprint<br>c/o ERC<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| H. Frank Allen<br>P. O. Box 1258<br>Tarboro, NC 27886-1258 | Joan Cathy Gentry<br>PO Box 4937<br>Rocky Mount, NC 27803-0937 | Robert R. Browning<br>Post Office Box 8248<br>Greenville, NC 27835-8248 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DT Acceptance Corporation dba Drive Time | (u)JPMorgan Chase Bank, National Association | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients    2<br>Total    22 |