**SO ORDERED.**

**SIGNED this 04 day of August, 2011.**

_____
Randy D. Doub
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE: JOAN CATHY GENTRY            CHAPTER 13
                                    CASE NUMBER  11-04089-8-RDD

            DEBTOR

### ORDER OF ABANDONMENT

Upon application of the party in interest and for good cause shown a copy of the motion having been served on those parties named in the Certificate of Service attached to said Motion and no party objecting:

IT IS ORDERED that the property described in the foregoing application be abandoned by the Trustee.

| CREDITOR | AMOUNT OWED | FMV | COLLATERAL |
|---|---|---|---|
| Drive Time<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | $15,038.03 | $10,500.00 | 2006 Chevrolet Impala |
| Christopher White, Attorney<br>PO Box 31428<br>Raleigh, NC 27622 | | | NOTICE ONLY |

(END OF DOCUMENT)